## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SAMANTHA RIEMENSCHNEIDER,
ADMINISTRATOR OF THE ESTATE OF
DAVID SCOTT MACLEARY, PETITONER

v.

D. SABATELLI, INC.AND ANTHONY
SABATELLI,

              Respondents

:  No. 174 EAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of November, 2022, the Petition for Allowance of Appeal

is **DENIED**.